**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTICE HILL**                                                                                     **PLAINTIFF**

**v.**                                          **Case No: 4:25-cv-00591-LPR**

**NATIONAL COLLEGIATE**
**ATHLETIC ASSOCIATION**                                                          **DEFENDANT**

<u>**ORDER**</u>

On September 2, 2025, Plaintiff filed a Motion to Dismiss this case based on a mutual agreement reached by the parties.[1]  Defendant has notified the Court via e-mail that it does not object to Plaintiff's Motion.  Accordingly, Plaintiff's Motion to Dismiss (Doc. 36) is GRANTED and this case is DISMISSED without prejudice, with each party to bear its own costs and attorney fees.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 8th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 36).