IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTICE HILL**                                                                                                              **PLAINTIFF**

**v.**                                        **Case No: 4:25-cv-00591-LPR**

**NATIONAL COLLEGIATE**
**ATHLETIC ASSOCIATION**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 8th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE